IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
NOV 0 4 2003
At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

In Re:                               )
                                     )
ASBESTOS LITIGATION                  )
PRODUCTS LIABILITY                   )   Civil Action No. MDL 875
                                     )   No. _____
                                     )
                                     )
                                     )
This Document Relates to:            )

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SITTING IN HAMMOND INDIANA

| | Cause No. |
|---|---|
| Raymond Thompson v. Techint, et al | 2:00 CV 735 JM |
| Robert Thurston v. Techint, et al | 2:00 CV 736 JM |
| Jimmie Tibbs v. Techint, et al | 2:00 CV 737 JM |
| Stephen Tomko v. Techint, et al | 2:00 CV 738 RL |
| Adam Veha v. Techint, et al | 2:00 CV 743 JM |
| Lynn Williams v. Techint, et al | 2:00 CV 740 RL |
| Lawrence Wolendowski v. Techint, et | 2:00 CV 741 JM |
| Louie Woods v. Techint, et al | 2:00 CV 742 RL |
| Jesse Shelly v. Techint, et al | 2:00 CV 725 __JM__ |
| John Skvarek v. Techint, et al | 2:00 CV 726 JM |
| Homer Smith v. Techint, et al | 2:00 CV 727 JM |
| Robert Snyder v. Techint, et al | 2:00 CV 728 RL |
| Robert Spencer v. Techint, et al | 2:00 CV 729 JM |
| Sherman Stamper v. Techint, et al | 2:00 CV 730 RL |
| Anthony Stugis v. Techint, et al | 2:00 CV 731 JM |
| Robert Sufak v. Techint, et al | 2:00 CV 732 JM |
| Robert Szpak v. Techint, et al | 2:00  CV 734 RL |
| Fred Richardson v. Techint, et al | 2:00 CV 715 JM |
| Jose Rios v. Techint, et al | 2:00 CV 716 RL |
| Salvador Rodriguez v. Techint, et al | 2:00 CV 717 RL |
| Theodore Rorer v. Techint, et al | 2:00 CV 718 JM |
| Guadalupe Saldivah v. Techint, et al | 2:00 CV 719 JM |
| Cordell Schmidt v. Techint, et al | 2:00 CV 720 JM |
| Luther Selby v. Techint, et al | 2:00 CV 722 JM |
| Vidal Sendejas v. Techint, et al | 2:00 CV 723 RL |
| Joe Sepulveda v. Techint, et al | 2:00 CV 724 RL |
| Darwin Norrick v. Techint, et al | 2:00 CV 706 RL |
| Gilberto Novales v. Techint, et al | 2:00 CV 707 JM |
| James Patitsas v. Techint, et al | 2:00 CV 709 JM |
| Melka Pavicevich v. Techint, et al | 2:00 CV 710 RL |
| Federico Pintor v. Techint, et al | 2:00 CV 711 JM |

| Case | Number |
|---|---|
| Raymond Pozywio v. Techint, et al | 2:00 CV 712 RL |
| Robert Ramirez v. Techint, et al | 2:00 CV 714 RL |
| Charlie Randolph v. Techint, et al | 2:00 CV 713 JM |
| Jesus Martinez v. Techint, et al | 2:00 CV 699 RL |
| L.D. Massey v. Techint, et al | 2:00 CV 700 JM |
| Paul McKamey v. Techint, et al | 2:00 CV 701 RL |
| James McKinley v. Techint, et al | 2:00 CV 702 RL |
| Alphonso P. Medina v. Techint, et al | 2:00 CV 90 JM |
| John Mescall v. Techint, et al | 2:00 CV 703 RL |
| Ronald McKash v. Techint, et al | 2:00 CV 705 RL |
| Edward Murphy v. Techint, et al | 2:00 CV 704 JM |
| Leonard Keilman v. Techint, et al | 2:00 CV 690 RL |
| Joe Kennedy v. Techint, et al | 2:00 CV 691 RL |
| Stasys Kirsunas v. Techint, et al | 2:00 CV 692 JM |
| Daniel Lopez v. Techint, et al | 2:00 CV 693 RL |
| Jovan Manojlovic v. Techint, et al | 2:00 CV 695 RL |
| Araldo Manzov v. Techint, et al | 2:00 CV 696 JM |
| Roger Marsh v. Techint, et al | 2:00 CV 697 RL |
| Emilio Martinez v. Techint, et al | 2:00 CV 698 JM |
| Grady Contles v. Techint, et al | 2:00 CV 678 RL |
| Robert Hamer v. Techint, et al | 2:00 CV 680 JM |
| Jimmie Hendrick v. Techint, et al | 2:00 CV 682 JM |
| Lloyd Hedrick v. Techint, et al | 2:00 CV 683 RL |
| Julian Hernandez v. Techint, et al | 2:00 CV 684 JM |
| Wayne Hobbie v. Techint, et al | 2:00 CV 685 JM |
| William Ivey v. Techint, et al | 2:00 CV 686 RL |
| Andrew Jackson v. Techint, et al | 2:00 CV 687 JM |
| James Jones v. Techint, et al | 2:00 CV 688 RL |
| William Collier v. Techint, et al | 2:00 CV 667 RL |
| Carter Comer v. Techint, et al | 2:00 CV 668 JM |
| Henry Comer v. Techint, et al | 2:00 CV 669 JM |
| Thomas Crnarich v. Techint, et al | 2:00 CV 670 JM |
| Willie Cusic v. Techint, et al | 2:00 CV 671 RL |
| Frederick Davidson v. Techint, et al | 2:00 CV 672 JM |
| Del DePaula v. Techint, et al | 2:00 CV 673 RL |
| Roy Dixon v. Techint, et al | 2:00 CV 674 JM |
| Leonard Elbaor v. Techint, et al | 2:00 CV 676 JM |
| Eugene Bunchek v. Techint, et al | 2:00 CV 653 RL |
| James Cain v. Techint, et al | 2:00 CV 659 RL |
| Jose Cantu v. Techint, et al | 2:00 CV 660 JM |
| Macedonio Casas v. Techint, et al | 2:00 CV 661 RL |
| Eliseo Castaneda v. Techint, et al | 2:00 CV 662 JM |
| Donald Cheney v. Techint, et al | 2:00 CV 663 RL |
| Johnie Christopher v. Techint, et al | 2:00 CV 664 JM |
| Jay Cline v. Techint, et al | 2:00 CV 665 RL |
| Frazie Cobb v. Techint, et al | 2:00 CV 666 JM |
| Charles Belleville v. Techint, et al | 2:00 CV 649 RL |
| Charles Bergner v. Techint, et al | 2:00 CV 650 RL |
| Roland Blackmon v. Techint, et al | 2:00 CV 651 JM |
| Frank Bonfiglio v. Techint, et al | 2:00 CV 652 JM |
| Paul Boverkerk v. Techint, et al | 2:00 CV 654 RL |
| Brian Boyce v. Techint, et al | 2:00 CV 655 JM |
| Cahneal Brown v. Techint, et al | 2:00 CV 656 JM |
| Eddie Brown v. Techint, et al | 2:00 CV 657 RL |

| Case | Number |
|---|---|
| Vern R. Kloss v. Techint, et al | 2:01 CV 048 RL |
| Jose Lazano v. Techint, et al | 2:01 CV 072 JM |
| Pat J. Maloney v. Techint, et al | 2:01 CV 079 JM |
| Edwin L. Mccray v. Techint, et al | 2:01 CV 043 JM |
| John A. Mihalik v. Techint, et al | 2:01 CV 086 RL |
| Andrew Paramantgis v. Techint, et al | 2:01 CV 102 JM |
| Roderick Atkins v. Techint, et al | 2:01 CV 084 JM |
| Norman Davis v. Techint, et al | 2:01 CV 065 RL |
| Stanley E. Fisher v. Techint, et al | 2:01 CV 040 JM |
| Joseph T. Baker v. Techint, et al | 2:00 CV 784 RL |
| James Barrett v. Techint, et al | 2:00 CV 790 JM |
| Alphonso Berry v. Techint, et al | 2:00 CV 787 RL |
| Gene R. Brownewell v. Techint, et al | 2:00 CV 782 RL |
| Aaron J. Carter v. Techint, et al | 2:00 CV 780 JM |
| Herbert J. Govert v. Techint, et al | 2:00 CV 791 RL |
| John H. Green v. Techint, et al | 2:00 CV 781 RL |
| Marshall Johnson v. Techint, et al | 2:00 CV 779 RL |
| Jerome Martin v. Techint, et al | 2:00 CV 783 JM |
| Juan R. Ortiz v. Techint, et al | 2:00 CV 788 RL |
| Martin L. Valdez v. Techint, et al | 2:00 CV 789 JM |
| Milutin Veljanoski v. Techint, et al | 2:01 CV 247 RL |
| Raymond C. Dix v. Techint, et al | 2:01 CV 200 JM |
| Leroy Heath v. Techint, et al | 2:01 CV 201 RL |
| Eugene Robinson v. Techint, et al | 2:01 CV 198 JM |
| Mike Elias v. Techint, et al | 2:01 CV 219 RL |
| Greg D. George v. Techint, et al | 2:01 CV 235 RL |
| Patrick J. Wolfe v. Techint, et al | 2:01 CV 224 JM |
| Nathaniel Nichols v. Techint, et al | 2:01 CV 191 RL |
| Gerald A. Sumner v. Techint, et al | 2:01 CV 241 RL |
| Woodie Lockett v. Techint, et al | 2:01 CV 218 JM |
| Rudolph Sanchez v. Techint, et al | 2:01 CV 197 RL |
| Douglas P. Waldron v. Techint, et al | 2:01 CV 246 JM |
| Walter Olenik v. Techint, et al | 2:01 CV 205 RL |
| Charles A. Van De Velde v. Techint, el al | 2:01 CV 225 RL |
| Walter A. Wallace v. Techint, et al | 2:01 CV 203 RL |
| Donald L. Strohl v. Techint, et al | 2:01 CV 240 JM |
| Olerio Gonzales v. Techint, et al | 2:01 CV 208 JM |
| James Demetris v. Techint, et al | 2:01 CV 193 RL |
| John L. Horbach v. Techint, et al | 2:01 CV 245 Rl |
| Joseph M. Fornal v. Techint, et al | 2:01 CV 220 JM |
| Walter Kruszynoski v. Techint, et al | 2:01 CV 217 RL |
| John L. Humphrey v. Techint, et al | 2:01 CV 230 JM |
| Edward M. Ostrowski v. Techint, et | 2:01 CV 204 JM |
| Guadalupe G. Garcia v. Techint, et | 2:01 CV 232 JM |
| Robert H. Hamlin v. Techint, et al | 2:01 CV 279 JM |
| Richard T. Tredway v. Techint, et al | 2:01 CV 228 JM |
| James E. Hamilton v. Techint, et al | 2:01 CV 202 JM |
| Walter J. Banasiak v. Techint, et al | 2:01 CV 188 JM |
| Allen D. Holland v. Techint, et al | 2:01 CV 231 RL |
| Jesus Garza v. Techint, et al | 2:01 CV 283 JM |
| Larry G. Schlagel v. Techint, et al | 2:01 CV 282 RL |
| Frank J. Alexson v. Techint, et al | 2:01 CV 190 JM |
| Rudolph J. Vido v. Techint, et al | 2:01 CV 223 RL |
| Louis T. Acevez v. Techint, et al | 2:01 CV 233 RL |

| Case | Number |
|---|---|
| Raymond Brown v. Techint, et al | 2:00 CV 658 JM |
| James Allen v. Techint, et al | 2:00 CV 639 RL |
| Eugeno Alvarez v. Techint, et al | 2:00 CV 641 RL |
| Vernon Armstrong v. Techint, et al | 2:00 CV 642 RL |
| Joel Azpetia v. Techint, et al | 2:00 CV 643 JM |
| Paul Bailie v. Techint, et al | 2:00 CV 644 |
| Daniel Bandwick v. Techint, et al | 2:00 CV 645 RL |
| Monroe Barnes v. Techint, et al | 2:00 CV 646 JM |
| Benjamin Bayless v. Techint, et al | 2:00 CV 647 RL |
| Marion Schemik v. Techint, et al | 2:00 CV 648 JM |
| James Campbell v. Techint, et al | 2:00 CV 772 RL |
| John Clendenen v. Techint, et al | 2:00 CV 773 JM |
| James Edmond v. Techint, et al | 2:00 CV 775 JM |
| Bernard Greenwell v. Techint, et al | 2:00 CV 785 JM |
| Alfred Hernandez v. Techint, et al | 2:00 CV 776 JM |
| Forest Hollan v. Techint, et al | 2:00 CV 774 RL |
| Alfred Luna v. Techint, et al | 2:00 CV 786 JM |
| Paul Myres v. Techint, et al | 2:00 CV 771 JM |
| John Weeks v. Techint, et al | 2:00 CV 778 JM |
| Jerry L. Smith v. Techint, et al | 2:01 CV 71 RL |
| Theodore P. Zukoski v. Techint, et al | 2:01 CV 74 JM |
| Eddie Duckery v. Techint, et al | 2:01 CV 71 JM |
| Dale L. Burmeister v. Techint, et al | 2:01 CV 101 RL |
| Robert L. Coslet v. Techint, et al | 2:01 CV 76 RL |
| Alfredo Ramirez v. Techint, et al | 2:01 CV 70 JM |
| Robert W. Cashman v. Techint, et al | 2:01 CV 98 RL |
| Jack L. Cain v. Techint, et al | 2:01 CV 89 RL |
| Robert P. Brooker v. Techint, et al | 2:01 CV 100 JM |
| Curtis O. Bow v. Techint, et al | 2:01 CV 050 JM |
| Ace W. Robertson v. Techint, et al | 2:01 CV 73 JM |
| Robert E. Robenson v. Techint, et al | 2:01 CV 95 JM |
| Amando G. Trevino v. Techint, et al | 2:01 CV 85 RL |
| Arthur R. Ruesken v. Techint, et al | 2:01 CV 049 JM |
| William J. Smith v. Techint, et al | 2:01 CV 042 JM |
| Daniel V. Polewski v. Techint, et al | 2:01 CV 041 RL |
| Roman Sanchez v. Techint, et al | 2:01 CV 075 RL |
| Matthew J. Welter v. Techint, et al | 2:01 CV 064 RL |
| Ronald W. Bartelmann v. Techint, et | 2:01 CV 609 |
| Roy E. Divan v. Techint, et al | 2:01 CV 046 RL |
| John L. Field v. Techint, et al | 2:01 CV 078 RL |
| Joe H. Gambill v. Techint, et al | 2:01 CV 088 JM |
| Oscar J. Flores v. Techint, et al | 2:01 CV 099 RL |
| Clifford D. Blackwell v. Techint, et | 2:01 CV 092 JM |
| Michael S. Brisevac v. Techint, et | 2:01 CV 094 RL |
| Harry Bell v. Techint, et al | 2:01 CV 087 RL |
| Larry M. Berdine v. Techint, et al | 2:01 CV 044 RL |
| Richard L. Plew v. Techint, et al | 2:01 CV 051 RL |
| Joseph A. Ochs v. Techint, et al | 2:01 CV 038 JM |
| May M. Moser v. Techint, et al | 2:01 CV 039 JM |
| Thomas R. Mills v. Techint, et al | 2:01 CV 083 JM |
| Billy H. Faughn v. Techint, et al | 2:01 CV 080 RL |
| Larry A. Heinz v. Techint, et al | 2:01 CV 047 JM |
| Richard L. Hiatt v. Techint, et al | 2:01 CV 103 RL |
| Ray C. Kermit v. Techint, et al | 2:01 CV 082 RL |

| | |
|---|---|
| George E. Jansky v. Techint, et al | 2:01 CV 280 RL |
| Crescencio Alanis v. Techint, et al | 2:01 CV 248 JM |
| John Nelson v. Techint, et al | 2:01 CV 192 JM |
| Bruce T. Williams v. Techint, et al | 2:01 CV 214 JM |
| Johnnie Q. Davis v. Techint, et al | 2:01 CV 239 RL |
| Charles Krik v. Techint, et al | 2:01 CV 242 JM |
| William J. Dixon v. Techint, et al | 2:01 CV 222 JM |
| Raymond E. Garmany v. Techint, et al | 2:01 CV 186 JM |
| Alonzo A. Solis v. Techint, et al | 2:01 CV 243 RL |
| Michael Stoynoff v. Techint, et al | 2:01 CV 229 RL |
| Clarence E. Mayes v. Techint, et al | 2:01 CV 216 JM |
| Porfirio T. Longoria v. Techint, et | 2:01 CV 275 JM |
| Albert Everett v. Techint, et al | 2:01 CV 189 RL |
| Alfred Dixon v. Techint, et al | 2:01 CV 195 RL |
| John Potat v. Techint, et al | 2:01 CV 212 JM |
| Robert E. Berber v. Techint, et al | 2:01 CV 234 JM |
| Albertine Lewis v. Techint, et al | 2:01 CV 237 RL |
| Durral Hale v. Techint, et al | 2:01 CV 236 JM |
| Lilian Mcgrew v. Techint, et al | 2:01 CV 206 JM |
| Paul R. Bow v. Techint, et al | 2:01 CV 196 JM |
| George L. Slifer v. Techint, et al | 2:01 CV 213 RL |
| Arthur Lardydell v. Techint, et al | 2:01 CV 209 RL |
| Oscar Collins v. Techint, et al | 2:01 CV 187 RL |
| Antonio G. Gonzalez v. Techint, et | 2:01 CV 207 RL |
| David C. Clark v. Techint, et al | 2:01 CV 215 RL |
| Larry E. Wright v. Techint, et al | 2:01 CV 221 RL |
| Arthur F. Mendoza v. Techint, et al | 2:01 CV 244 JM |
| John W. Bretall v. Techint, et al | 2:01 CV 194 JM |

## **DEFENDANT'S, TECHINT TECHNOLOGIES, MOTION TO DISMISS**

Comes now the defendant, Techint Technologies, by counsel, Andrew R. Wolf of Bruce P. Clark and Associates, and moves this Court, pursuant to Rules 37(b) and 41(b) of the Federal Rules of Civil Procedure, for an order dismissing each plaintiff's causes of action against said defendant with prejudice, and in support thereof states as follows:

1. On or about the 10th day of April, 2003, counsel for the defendant, Techint Technologies, filed a detailed Motion to Compel Discovery against each of the above-listed plaintiffs.

2. On September 5, 2003, the Court Ordered said plaintiffs

to provide complete and unevasive responses, signed under oath, to said defendant's written discovery within forty-five (45) days of the Court's Order.

3.   As of October 24, 2003, several days more than the 45-day deadline imposed by the Court, said responses had not been received by counsel for the defendant.

4.   Counsel for the defendant originally served the subject Interrogatories and Request for Production on counsel for the plaintiffs on August 8, 2002, in an effort to learn, inter alia, what the product connection was between each plaintiff's alleged injuries and the defendant, as well as the nature and extent of each plaintiff's alleged injuries.  More than a year later, the plaintiffs have not disclosed the same, unduly prejudicing the defendant by keeping it in an extreme number of unwarranted and unsupportable lawsuits.

5.   Federal Rule of Civil Procedure 41(b) provides that a defendant may move for dismissal of an action or of any claim against the defendant for the plaintiff's failure to prosecute or to comply with the Federal Rules.

6.   Each of the above-listed plaintiffs has disregarded the Court's September 5, 2003, Order compelling discovery, failing to comply with the same.

7.   The plaintiffs have demonstrated a pattern of delay and evasiveness.  The defendants' written discovery served in

August, 2002, was responded to on January 24, 2003, only after the defendant filed its first Motion to Compel and after the Court set a hearing date of January 24, 2003, for the same and the parties had flown to Philadelphia for the hearing. To exacerbate matters, the responses served were inadequate and evasive, as detailed in the defendant's April 10, 2003, Motion to Compel, and did nothing to aid the defendant in learning why it is in these suits. Moreover, the responses were unsworn and not certified as to when they were served.

8. The pattern of undue delay and evasiveness has prejudiced the defendant profusely in that the defendant has had to expend an inordinate amount of resources in defending multiple lawsuits, many of which were filed nearly three years past, for which the plaintiffs have provided absolutely no support, and for which the defendant sees no disposition on the horizon.

9. Accordingly, dismissal of these actions is warranted under both Rules 37(b) and 41(b) of the Federal Rules of Civil Procedure.

WHEREFORE, Defendant Techint Technologies, by counsel, requests that this Court enter an Order dismissing each of the above-listed plaintiffs' causes of action against said defendant, expressly determine that there is no just reason for delay, expressly direct entry of final judgment in favor of said

defendant against each plaintiff with prejudice, for all other just and proper relief.

Respectfully submitted,

_____
Bruce P. Clark, #8751-45
Andrew R. Wolf, #23393-93
Attorney for Defendant
Techint Technologies

BRUCE P. CLARK & ASSOCIATES
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321
(219) 836-9888
ARW/cat
p12059.mtd

### F.R.C.P. 37(a) and L.R. 26.1(f) CERTIFICATION

I hereby certify that I attempted to confer with counsel for the plaintiffs in a good faith effort to resolve this ongoing discovery dispute without court action. I further certify that the parties, after reasonable effort, are unable to resolve said dispute.

_____
Andrew Wolf

### CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of October, 2003, I caused a copy of the above and foregoing Motion to Dismiss upon:

Michael Cascino
CASCINO VAUGHAN LAW OFFICES, LTD.
220 South Ashland Avenue
Chicago, IL 60607

by depositing the same in the United States Mail with sufficient first-class postage affixed and a Notice of Filing was served upon:

See attached Service List

by depositing the same in the United States Mail with sufficient first-class postage affixed.

_____