2:01 CV 233

**FILED**

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FEB 1 2 2004

At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (No. VI)

THIS DOCUMENT RELATES TO:                    CIVIL ACTION NO. MDL 875

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA

Law Offices of Cascino Vaughan

| | |
|---|---|
| United States District Court, | ) |
| Northern District of Illinois | ) |
| Central District of Illinois | ) |
| Southern District of Illinois | ) |
| Eastern District of Wisconsin | ) |
| Western District of Wisconsin | ) |
| Southern District of Indiana | ) |
| Northern District of Indiana | ) |
| | ) |
| <u>Miscellaneous Plaintiffs as attached v.</u> | ) |
| <u>ChevronTexaco,Chevron U.S.A. and</u> | ) |
| <u>Texaco Inc.</u> | ) |

## MOTION FOR A FINDING OF GOOD FAITH SETTLEMENT
## AND/OR APPROVAL OF COURT
## <u>AND FOR ENTRY OF ORDER OF DISMISSAL</u>

Defendant, ChevronTexaco and/or Chevron U.S.A., Inc. and/or Texaco Inc., ("Defendant"), by

its attorneys Michael T. Trucco, James P. Arrigo and Jenni L. Young of STAMOS & TRUCCO, Plaintiffs,

in Addendum A by their attorneys Allen D. Vaughan of Cascino Vaughan Law Offices do hereby moves

this Court for entry of an order of finding of good faith and/or approval regarding the settlement agreement

between the above-captioned (as attached) Plaintiff(s), and Defendant. In support of its motion, Defendant

states as follows:

1.      In this action, Plaintiff alleges that the decedent was exposed to asbestos and/or asbestos-containing materials while working at facilities owned and/or operated by Defendant and/or to materials manufactured and/or sold and/or distributed by Defendant and that Defendant was negligent with respect to those alleged exposures.  Defendant has denied each of Plaintiff's material allegations.

2.      Plaintiff and Defendant have entered into a binding settlement agreement.  In exchange for dismissal of Defendant from these matters, Plaintiff and their attorneys, Cascino Vaughan Law Offices, Ltd., have agreed to dismiss Chevron Texaco from pending cases of un-impaired, non-malignant claimants (attached).  In exchange, un-impaired, non-malignant claimants shall have the right, at their option, to file a subsequent tort action or receive the compensation below stated should they become impaired and/or secondarily malignant provided they supply Chevron Texaco with the appropriate medical/exposure documentation.

| | | |
|---|---|---|
| i. | Mesothelioma | $4,000 |
| ii. | Lung Cancer | $1,800 |
| iii. | Other Cancer | $450 |
| iv. | Impaired, Non-Malignant | $450 |

3.      Settlement of disputes is to be encouraged.  Gilberts v. Sycamore Mun. Hosp., 156 Ill. 2d 511, 622 N.E.2d 788 (1993).  Public policy favors compromises and settlements and a presumption of validity of such settlements arises when they are entered into without mistake or fraud.  Nationwide Art Center, Ltd. v. Daley, 149 Ill. App. 3d 508, 501 N.E.2d 171 (1st Dist. 1986), appeal denied, 114 Ill. 2d 547 (1987).  A release is also presumed valid and any attempt to rebut this presumption requires proof by clear and convincing evidence.  Brown v. Torin Corp., 175 Ill. App. 3d 544, 529 N.E.2d 1077 (1st Dist. 1980).

4.    Defendant and Plaintiffs request that this Court hold that this settlement is in good faith, within the meaning of the Illinois Joint Tortfeasor Contribution Act, 740 ILCS 100/0.01, et seq., and particularly   100/2(c) and (d) therein, so as to act as a bar against any and all claims for contribution against Defendant.

5.    Further, Defendant and Plaintiffs request that this Court enter the attached stipulation for dismissal pursuant to the settlement.

WHEREFORE, Defendant and Plaintiffs respectfully request that this Court: (a) find the settlement between it and Plaintiff(s) has been entered into in good faith pursuant to the Illinois Joint Tortfeasor Contribution Act and (b) enter the attached final order of dismissal, without prejudice, pursuant to the settlement agreement and release between Defendant and Plaintiff.

Respectfully submitted,

One   of   the   Attorneys   for   Defendant, ChevronTexaco and/or Chevron U.S.A., Inc. and/or Texaco Inc.

Allen D. Vaughan
One of the Attorneys for Plaintiffs

## ATTORNEY INFORMATION

### Attorney for Plaintiff
Allen D. Vaughan, Esq.
CASCINO VAUGHAN LAW OFFICES, CHTD.
403 West North Avenue
Chicago, Illinois 60610
(312) 944-0600
(312) 944-1870

### Attorney for Defendants, ChevronTexaco and/or Chevron U.S.A., Inc., and/or Texaco Inc.
Michael T. Trucco – No. 6183389
James P. Arrigo
Jenni L. Young
STAMOS & TRUCCO
30 West Monroe Street
Suite 1600
Chicago, Illinois  60603
(312) 630-7979
(312) 630-1183

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

**F I L E D**

FEB 1 2 2004

At_____M
STEPHEN R. LUDWIG, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

**IN RE: ASBESTOS PRODUCTS LIABILITY** :
**LITIGATION (NO. VI)** :

                                    :

**This Document Relates To:**            : **CIVIL ACTION NO. MDL 875**

    **Northern District, State of Indiana**     :

    **(See Attachment A for case list)**       :

## NOTICE OF FILING

TO:    Attached Service List

    PLEASE TAKE NOTICE that on **February 11, 2004**, we filed, via First Class Mail, with the Clerk of the United States District Court for the Northern District of Indiana, **Defendants, ChevronTexaco, Chevron U.S.A., Inc. and Texaco Inc.'s, Motion for a Finding of Good Faith Settlement and/or Approval of Court and for Entry of Order of Dismissal** and Proposed **Order,** copies of which are attached and hereby served upon you.

    In addition, a copy of the **Motion** and **Order** referenced above was sent via Federal Express to the United States District Court for the Eastern District of Pennsylvania, Judge Charles R. Weiner, In Re: Asbestos Product Liability Litigation, MDL No. 875, Pretrial Order No. 1, Section I.A.

    PLEASE TAKE FURTHER NOTICE that I have caused a copy of the aforementioned pleadings to be served via first class mail, postage prepaid, to the above counsel by depositing same in the U.S. Mail located at Monroe and Dearborn Streets, Chicago, Illinois, before the hour of 5:00 p.m. on **February 11, 2004**

Michael T. Trucco -- Atty. No. 6183389
James P. Arrigo – Atty No. 6224400
Jenni L. Young
STAMOS & TRUCCO
30 West Monroe Street
Suite 1600
Chicago, Illinois 60603

**Attachment A**

| Last Name | First Name | Case No. | St. | District |
|-----------|-----------|----------|-----|----------|
| Acevez | Louis | 2:01CV233RL | IN | NORTHERN |
| Allen | James | 2:00CV639RL | IN | NORTHERN |
| Alvarez | Eugeno | 2:00CV 641RL | IN | NORTHERN |
| Anderson | Larry | 2:97CV-325-JM | IN | NORTHERN |
| Armstrong | Vernon | 2:00CV642RL | IN | NORTHERN |
| Azpeitia | Joel | 2:00CV643JM | IN | NORTHERN |
| Bailie | Paul | 2:00CV 644 | IN | NORTHERN |
| Bana | Alex | 96CV-062RL | IN | NORTHERN |
| Bandwick | Daniel | 2:00CV 645RL | IN | NORTHERN |
| Barnes | Monroe | 2:00CV 646JM | IN | NORTHERN |
| Bascom | Richard | 95CV-228RL | IN | NORTHERN |
| Bayless | Benjamin | 2:00CV 647RL | IN | NORTHERN |
| Belleville | Charles | 2:00CV649RL | IN | NORTHERN |
| Berber | Robert | 2:01CV234JM | IN | NORTHERN |
| Berdine | Larry | 2:01CV 044RL | IN | NORTHERN |
| Bergner | Charles | 2:00CV 650RL | IN | NORTHERN |
| Blackmon | Roland | 2:00CV 651JM | IN | NORTHERN |
| Bochenek | Marion | 2:00CV648JM | IN | NORTHERN |
| Bolinger | Richard | 95CV-228RL | IN | NORTHERN |
| Bonfiglio | Frank | 2:00CV 00652 | IN | NORTHERN |
| Bovenkerk | Paul | 2:00CV 00654 | IN | NORTHERN |
| Bow | Curtis | 2:01CV 050JM | IN | NORTHERN |
| Bow | Paul | 2:01CV196JM | IN | NORTHERN |
| Bowens | Nemih | 96CV-062RL | IN | NORTHERN |
| Bowens | Willie | 96CV-062RL | IN | NORTHERN |
| Boyce | Brian | 2:00CV655JM | IN | NORTHERN |
| Brauer | Martin | 95CV-228RL | IN | NORTHERN |
| Bretall | John | 2:01CV194JM | IN | NORTHERN |
| Brooker | Robert | 2:01CV 100JM | IN | NORTHERN |
| Brown | Carneal | 2:00CV 656JM | IN | NORTHERN |
| Brown | Raymond | 2:00CV 00658 | IN | NORTHERN |
| Bunchek | Eugene | 2:00CV 00653 | IN | NORTHERN |
| Burmeister | Dale | 2:01CV 101RL | IN | NORTHERN |
| Cain | Jack | 2:01CV 89RL | IN | NORTHERN |
| Caldwell | David | 96CV-062RL | IN | NORTHERN |
| Campbell | James | 2:00CV 772RL | IN | NORTHERN |
| Cashman | Robert | 2:01CV 98RL | IN | NORTHERN |
| Castaneda | Eliseo | 2:00CV 00662 | IN | NORTHERN |
| Cazallis | Harvey | 96CV-062RL | IN | NORTHERN |
| Chapman | Jonas | 95CV-228RL | IN | NORTHERN |
| Christopher | Calvin | 95CV-228RL | IN | NORTHERN |
| Christopher | Jonnie | 2:00CV 00664 | IN | NORTHERN |
| Clark | David | 2:01CV215RL | IN | NORTHERN |
| Clark | Sidney | 95CV-228RL | IN | NORTHERN |
| Clendenen | John | 2:00CV 773JM | IN | NORTHERN |
| Cline | Jay | 2:00CV 00665 | IN | NORTHERN |
| Cohan | William | 95CV-228RL | IN | NORTHERN |
| Coleman | Donald | 95CV-228RL | IN | NORTHERN |
| Collier | William | 2:00CV 667RL | IN | NORTHERN |

| Collins | Oscar | 2:01CV187RL | IN | NORTHERN |
|---------|-------|-------------|----|----|
| Comer | Carter | 2:00CV 00668 | IN | NORTHERN |
| Comer | Henry | 2:00CV 00669 | IN | NORTHERN |
| Cook | Arcine | 96CV-062RL | IN | NORTHERN |
| Crnarich | Thomas | 2:00CV 670RL | IN | NORTHERN |
| Darchuck | William | 96CV-062RL | IN | NORTHERN |
| Davis | Guy | 96CV-062RL | IN | NORTHERN |
| Davis | Johnnie | 2:01CV 239RL | IN | NORTHERN |
| DePaula | Del | 2:00CV673RL | IN | NORTHERN |
| Deberry | OC | 95CV-228RL | IN | NORTHERN |
| Demetris | James | 2:01CV193RL | IN | NORTHERN |
| Dixon | Roy | 2:00CV674JM | IN | NORTHERN |
| Dixon | William | 2:01CV 222JM | IN | NORTHERN |
| Duckery | Eddie | 2:01CV 81JM | IN | NORTHERN |
| Dugger | Leo | 95CV-228RL | IN | NORTHERN |
| Edmond | James | 2:00CV 775JM | IN | NORTHERN |
| Edwards | Alfred | 96CV-062RL | IN | NORTHERN |
| Edwards | Fred | 96CV-062RL | IN | NORTHERN |
| Elbaor | Leonard | 2:00CV 676JM | IN | NORTHERN |
| Elias | Mike | 2:01CV 219RL | IN | NORTHERN |
| Ensminger | Michael | 95CV-228RL | IN | NORTHERN |
| Eubanks | Warren | 95CV-228RL | IN | NORTHERN |
| Everett | Albert | 2:01CV 189RL | IN | NORTHERN |
| Faughn | Billy | 2:01CV 80RL | IN | NORTHERN |
| Ferran | Miguel | 95CV-228RL | IN | NORTHERN |
| Filchak | Guy | 95CV-228RL | IN | NORTHERN |
| Fisher | Stanley | 2:01CV 040JM | IN | NORTHERN |
| Flores | Oscar | 2:01CV 99RL | IN | NORTHERN |
| Fornal | Joseph | 2:01CV 220JM | IN | NORTHERN |
| Gann | Raymond | 95CV-228RL | IN | NORTHERN |
| Garcia | Guadalupe | 2:01CV232JM | IN | NORTHERN |
| Garmany | Raymond | 2:01CV 186JM | IN | NORTHERN |
| Garza | Jesus | 2:01CV 283JM | IN | NORTHERN |
| George | Greg | 2:01CV 235RL | IN | NORTHERN |
| Giles | Walter | 95CV-228RL | IN | NORTHERN |
| Gold | Norman | 95CV-228RL | IN | NORTHERN |
| Gonzales | Olerio | 2:01CV 208JM | IN | NORTHERN |
| Gonzalez | Antonio | 2:01CV207RL | IN | NORTHERN |
| Gray | Liston | 95CV-228RL | IN | NORTHERN |
| Greenwell | Bernard | 2:00CV 785JM | IN | NORTHERN |
| Hale | Durral | 2:01CV 236JM | IN | NORTHERN |
| Hamby | J | 95CV-228RL | IN | NORTHERN |
| Hamer | Robert | 2:00CV 680JM | IN | NORTHERN |
| Hamilton | James | 2:01CV 202JM | IN | NORTHERN |
| Hamilton | Roy | 96CV-063JM | IN | NORTHERN |
| Hamlin | Robert | 2:01CV 279JM | IN | NORTHERN |
| Harretos | Harry | 95CV-228RL | IN | NORTHERN |
| Hayes | Charles | 95CV-228RL | IN | NORTHERN |
| Heath | Leroy | 2:01CV 201RL | IN | NORTHERN |
| Heckford | Elton | 95CV-228RL | IN | NORTHERN |
| Hedrick | Lloyd | 2:00CV 00683 | IN | NORTHERN |

| | | | | |
|---|---|---|---|---|
| Hernandez | Alfred | 2:00CV 776JM | IN | NORTHERN |
| Hernandez | Julian | 2:00CV 00684 | IN | NORTHERN |
| Hiatt | Richard | 2:01CV 103RL | IN | NORTHERN |
| Hightshue | Daniel | 95CV-228RL | IN | NORTHERN |
| Hill | Bill | 95CV-228RL | IN | NORTHERN |
| Hlacar | George | 96CV-063JM | IN | NORTHERN |
| Hobbic | Wayne | 2:00CV685JM | IN | NORTHERN |
| Hollan | Forest | 2:00CV 774JM | IN | NORTHERN |
| Holland | Allen | 2:01CV 231RL | IN | NORTHERN |
| Holston | Monte | 95CV-228RL | IN | NORTHERN |
| Hoopingarner | Glen | 95CV-228RL | IN | NORTHERN |
| Horbach | John | 2:01CV 245RL | IN | NORTHERN |
| Humpfer | Curtis | 95CV-228RL | IN | NORTHERN |
| Iseminger | Earl | 95CV-228RL | IN | NORTHERN |
| Jackey | Robert | 95CV-227JM | IN | NORTHERN |
| Jansky | George | 2:01CV 280RL | IN | NORTHERN |
| Jarvis | William | 95CV-227JM | IN | NORTHERN |
| Jones | James | 2:00CV688RL | IN | NORTHERN |
| Keilman | Leonard | 2:00CV 690RL | IN | NORTHERN |
| Kester | Clarence | 96CV-063JM | IN | NORTHERN |
| Kloss | Vern | 2:01CV 048RL | IN | NORTHERN |
| Kocur | John | 96CV-063JM | IN | NORTHERN |
| Krik | Charles | 2:01CV 242JM | IN | NORTHERN |
| Kusmierz | Stanley | 95CV-227JM | IN | NORTHERN |
| Lardydell | Arthur | 2:01CV 209RL | IN | NORTHERN |
| Ledbetter | Norwood | 95CV-227JM | IN | NORTHERN |
| Lepucki | Joseph | 95CV-227JM | IN | NORTHERN |
| Lindau | Robert | 95CV-227JM | IN | NORTHERN |
| Lockett | Woodie | 2:01CV 218JM | IN | NORTHERN |
| Longoria | Porfirio | 2:01CV 275JM | IN | NORTHERN |
| Lopez | Daniel | 2:00CV 00693 | IN | NORTHERN |
| Lozano | Jose | 2:01CV 72JM | IN | NORTHERN |
| Luna | Alfred | 2:00CV 786JM | IN | NORTHERN |
| Luna | William | 2:00CV694JM | IN | NORTHERN |
| Mahoney | Francis | 2:01CV-106JM | IN | NORTHERN |
| Manzo | Araldo | 2:00CV 696JM | IN | NORTHERN |
| Martin | Robert | 2:00 CV 581 JM | IN | NORTHERN |
| Martinez | Emilio | 2:00CV698JM | IN | NORTHERN |
| Martinez | Jesus | 2:00CV699RL | IN | NORTHERN |
| Massey | L | 2:00CV 700JM | IN | NORTHERN |
| Mayes | Clarence | 2:01CV 216JM | IN | NORTHERN |
| McKamey | Paul | 2:00CV 701RL | IN | NORTHERN |
| Medina | Alfonso | 2:01CV 90JM | IN | NORTHERN |
| Mendoza | Arthur | 2:01CV 244JM | IN | NORTHERN |
| Mescall | John | 2:00CV703RL | IN | NORTHERN |
| Mikash | Ronald | 2:00CV 705RL | IN | NORTHERN |
| Miller | Clarence | 96CV-063JM | IN | NORTHERN |
| Mills | Thomas | 2:01CV 83JM | IN | NORTHERN |
| Molina | Luis | 95CV-227JM | IN | NORTHERN |
| Moore | Carl | 95CV-227JM | IN | NORTHERN |
| Morrow | Charles | 96CV-063JM | IN | NORTHERN |

| | | | | |
|---|---|---|---|---|
| Moser | Max | 2:01CV 039JM | IN | NORTHERN |
| Mudryk | Frank | 2:97CV-325-JM | IN | NORTHERN |
| Mundy | James | 95CV-227JM | IN | NORTHERN |
| Murphy | John | 95CV-227JM | IN | NORTHERN |
| Myres | Paul | 2:00CV 771JM | IN | NORTHERN |
| Nelson | John | 2:01CV 192JM | IN | NORTHERN |
| Norrick | Darwin | 2:00CV 706RL | IN | NORTHERN |
| Novales | Gilberto | 2:00CV 707JM | IN | NORTHERN |
| Ochs | Joseph | 2:01CV 038JM | IN | NORTHERN |
| Olenik | Walter | 2:01CV 205RL | IN | NORTHERN |
| Osborn | Reginald | 2:01-CV-447 RL | IN | NORTHERN |
| Osby | Thomas | 95CV-227JM | IN | NORTHERN |
| Pampalone | Angelo | 95CV-227JM | IN | NORTHERN |
| Pena | Al | 96CV-064JM | IN | NORTHERN |
| Phelan | Corwin | 96CV-064JM | IN | NORTHERN |
| Pintor | Federico | 2:00CV 711JM | IN | NORTHERN |
| Polewski | Daniel | 2:01CV 041RL | IN | NORTHERN |
| Potat | John | 2:01CV 212JM | IN | NORTHERN |
| Pozywio | Raymond | 2:00CV 00712 | IN | NORTHERN |
| Pullins | Donald | 95CV-227JM | IN | NORTHERN |
| Raganyi | George | 95CV-227JM | IN | NORTHERN |
| Ramirez | Alfredo | 2:01CV 70JM | IN | NORTHERN |
| Ramirez | Robert | 2:00CV 714JM | IN | NORTHERN |
| Ray | Kermit | 2:01CV 82RL | IN | NORTHERN |
| Richardson | Fred | 2:00CV 715JM | IN | NORTHERN |
| Robertson | Ace | 2:01CV 73JM | IN | NORTHERN |
| Rodriguez | Salvador | 2:00CV 717RL | IN | NORTHERN |
| Rubino | Romano | 95CV-227JM | IN | NORTHERN |
| Ruesken | Arthur | 2:01CV 049JM | IN | NORTHERN |
| Runyon | David | 95CV-227JM | IN | NORTHERN |
| Saldivar | Guadalupe | 2:00CV 00719 | IN | NORTHERN |
| Salyer | Hargis | 2:01CV 226JM | IN | NORTHERN |
| Sanchez | Rudolph | 2:01CV197RL | IN | NORTHERN |
| Sanson | Bobby | 95CV-227JM | IN | NORTHERN |
| Sassman | Allan | 95CV-227JM | IN | NORTHERN |
| Schmidt | Cordell | 2:00CV 720JM | IN | NORTHERN |
| Selby | Luther | 2:00CV 00722 | IN | NORTHERN |
| Sendejas | Vidal | 2:00CV723RL | IN | NORTHERN |
| Sepulveda | Joe | 2:00CV 724RL | IN | NORTHERN |
| Skorka | Joe | 96CV-064JM | IN | NORTHERN |
| Slifer | George | 2:01CV 213RL | IN | NORTHERN |
| Smith | Homer | 2:00CV 727RL | IN | NORTHERN |
| Smith | Jerry | 2:01CV 71RL | IN | NORTHERN |
| Smith | Stephen | 95CV-227JM | IN | NORTHERN |
| Smith | William | 2:01CV 042JM | IN | NORTHERN |
| Solis | Alonzo | 2:01CV 243RL | IN | NORTHERN |
| Sparks | Rudy | 96CV-064JM | IN | NORTHERN |
| Sperry | James | 95CV-227JM | IN | NORTHERN |
| Stamper | Sherman | 2:00CV 730RL | IN | NORTHERN |
| Steininger | Thomas | 96CV-064JM | IN | NORTHERN |
| Stoynoff | Michael | 2:01CV 229RL | IN | NORTHERN |

| | | | | |
|---|---|---|---|---|
| Stugis | Anthony | 2:00CV 731JM | IN | NORTHERN |
| Sufak | Robert | 2:00CV732JM | IN | NORTHERN |
| Sumner | Gerald | 2:01CV 241RL | IN | NORTHERN |
| Szpak | Robert | 2:00CV 734RL | IN | NORTHERN |
| Thompson | Raymond | 2:00CV 735JM | IN | NORTHERN |
| Tibbs | Jimmie | 2:00CV 737JM | IN | NORTHERN |
| Tomko | Stephen | 2:00CV738RL | IN | NORTHERN |
| Torrence | Johnnie | 96CV-064JM | IN | NORTHERN |
| Tredway | Richard | 2:01CV 228JM | IN | NORTHERN |
| Trevino | Amando | 2:01CV 85RL | IN | NORTHERN |
| Truett | Clarence | 95CV-227JM | IN | NORTHERN |
| Tucker | Wendall | 96CV-064JM | IN | NORTHERN |
| Veljanoski | Milutin | 2:01CV247RL | IN | NORTHERN |
| Vera | Adam | 2:00CV743JM | IN | NORTHERN |
| Waldron | Douglas | 2:01CV246JM | IN | NORTHERN |
| Wedow | Robert | 2:01-CV-449 RL | IN | NORTHERN |
| Williams | Bruce | 2:01CV 227RL | IN | NORTHERN |
| Williams | Lynn | 2:00CV 740RL | IN | NORTHERN |
| Wilson | John | 95CV-227JM | IN | NORTHERN |
| Wolfe | Patrick | 2:01CV 224JM | IN | NORTHERN |
| Zarantonello | Peter | 96CV-064JM | IN | NORTHERN |

# MASTER SERVICE LIST
# NORTHERN DISTRICT OF INDIANA

**_Attorneys for Plaintiffs_**
Michael P. Cascino, Esq.
CASCINO VAUGHAN LAW OFFICES.
LTD.
220 South Ashland Avenue
Chicago, IL 60607
312-944-0600 PH.
312-944-1870 Fax

**_Attorney for Minnesota Minning &
Manufacturing, Anchor Packing, Coltec
Industries, Foster Wheeler Energy Corp.,
AW Chesterton., Garlock Sealing
Technologies, LLC & Chicago Protective
Apparel_**
William F. Mahoney, Esq.
Jason L. Kennedy, Esq.
James R. Williams, Esq.
Sanjay Shivpuri, Esq.
SEGAL MCCAMBRIDGE SINGER &
MAHONEY LTD.
One IBM Plaza - Suite 200
330 North Wabash Avenue
Chicago, IL 60611

**_Attorneys for Foseco; C.E. Thruston &
Sons, Inc., Certainteed Corp., Ferodo
America, Inc, I.U. North America, Inc.
Pfizer, Inc., Rhone-Poulenc AG. Company,
T & N PLC. Unioin Carbide Chemicals &
Plastics Co., Inc._**
Michael Bergin, Esq.
LOCKE REYNOLDS, LLP
201 North Illinois Street, Suite 1000
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800 PH.
317-237-3900 Fax
loktox@locke.com

**_Attorneys for the BOC Group, Hobart
Brothers, Airco, Inc. and Lincoln Electric
Co._**
Michael J. Hennig Esq.
CASSIDAY SCHADE & GLOOR
20 N. Wacker Dr., Suite 1040
Chicago, IL 60606

**_Attorneys for Dresser Industries, Inc.,
Metropolitan Life Insurance Company,
Rapid American Corporation and Flintkote_**
Douglas B. King, Esq.
WOODEN & MCLAUGHLIN LLP
One Indiana Square - Suite 1800
Indianapolis, IN 46204-2019
317-639-6151 PH.
317-639-6444 Fax

**_Attorneys for General Electric Co._**
T.E. Kapshany, Esq.
SIDLEY & AUSTIN
One First National Plaza
Chicago, IL 60603

**_Attorneys for Industrial Holdings Co.,
Unifrax_**
Joseph Stalmack, Esq.
JOSEPH STALMACK & ASSOCIATE,
P.C.
5253 Hohman Avenue
Hammond, IN 46325

**_Attorneys for Durabla Manufacturing Co._**
Donald G. Orzeske, Esq.
Jennifer Blackwell, Esq.
Kari H. Halbrook, Esq.
GOODIN, ORZESKE & STEVENS, P.C.
9102 N. Meridian Street, Suite 400
Indianapolis, IN 46260
(317) 846-4000 PH.
(317) 846-8000 Fax
dgorzeske@goslawyers.com

**Attorneys for John Crane, Inc.**
Thomas W. Hayes, Esq.
LAW OFFICE OF WILLIAM M. KOZIOL
One Kemper Drive
Long Grove, IL 60049
twhayes@kemperinsurance.com

**Attorneys for Georgia-Pacific and**
**Minnesota Mining & Manufacturing (3M)**
Andrew J Detherage, Esq.
BARNES & THORNBURG
1313 Merchants Bank Building
11 South Meridian Street
Indianapolis, IN 46204
317-236-1313 PH.
317-231-7433 Fax
adethera@btlaw.com

**Attorneys for U.S. Mineral**
John Douglas
WILLIAMS & DOUGLAS
303 Marott Center - Suite 200
342 Massachusetts Avenue
Indianapolis, Indiana 46204-2132
76736.1174@compuserve.com

**Attorneys for PPG Industries**
Nicholas C. Nizamoff, Es.
Cynthia M. Locke, Esq.
WHITE & RAUB, LLP
36 South Pennsylvania Street - Suite 700
Indianapolis, IN 46204
317-236-8011 PH.
317-236-8022 Fax
clocke@whiteandraub.com

**Attorneys for WTI Rust Holdings**
Thomas Ehrhart, Esq.
KOPKA LANDAU & PINKUS
5240 Fountain Drive - Suite E
Crown Point, Indiana 46307-1000
219-794-1888 PH.
219-794-1892 Fax

**Attorneys for Owens Illinois**
Dennis F. Cantrell, Esq.
BINGHAM & McHALE, LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204-2982
317-635-8900 PH.
317-236-9907 Fax
asbest@bsws.com

**Attorneys for, Chevron USA Inc., Quigley**
**Company, Inc., Pfizer, Inc. and General**
**Electric Company**
Germaine Winnick Willett, Esq.
Diana L. Wann, Esq.
Kevin R. Knight, Esq.
Tanya R Hatfield, Esq.
David J. Mallon, Esq.
Nancy Menard Riddle, Esq.
Laure Flaniken, Esq.
Mary Nold Larimore, Esq.
ICE MILLER
Box 82001
One American Square
Indianapolis, Indiana 46282-0002
317-236-2100 PH.
317-236-2219 Fax
mixdorf@icemiller.com

**Attorneys for Combustion Engineering &**
**Malinckrodt Group, Inc. And Asea**
**Brown Boveri, Inc**
Todd C. Barsumian, Esq.
Christopher Lee, Esq.
KAHN DEES DONOVAN & KAHN
P.O. Box 3646
501 Maine Financial Plaza - Suite 305
Evansville, IN 47735-3646
812-423-3841 PH.
812-423-3841 Fax

**Attorneys for A.G.A. Gas, Inc.**
Jennifer J. Kalas, Esq.
Michael T. Terwilliger, Esq.
Renee J. Mortimer, Esq.
HINSHAW & CLUBERTSON
222 Indianapolis, Blvd. - Suite202
Schererville, IN 46375
219-864-5051 PH.
219-864-5052 fax

**Attorneys for Viacom Inc., as successor to**
**Westinghouse Electric Company** (n/k/a
CBS)
Knight Anderson, Esq.
HILL, FULWIDER, MCDOWELL, FUNK
&
MATTHEWS
One Indiana Square, Ste. 2000
Indianapolis, Indiana 46204-2031
317-488-2000 PH.
317-630-2768 Fax
knight@hfmfm.com

**Attorneys for JP Bushnell Packing &**
**Supply**
Bryce H. Bennett, Jr., Esq.
Julia Bunton Jackson, Esq.
RILEY, BENNETT, & EGLOFF
One American Square, 18th Floor
Box 82035
Indianapolis, IN 46282-0003
317-636-8000 PH.
317-363-8027 Fax
asbestos@rbelaw.com

**Attorneys for Hercules Chemical Company**
**and Paul J. Krez Company**
Bruce Marr, Esq.
Magaret Foster, Esq.
Gregory Cochran, Esq.
MCKENNA STORER ROWE WHITE &
FARRUG
200 North LaSalle Street - Suite 3000
Chicago, Illinois 60601
312-258-3900 PH.
312-558-8348 Fax

**Attorneys for John J. Moroney & Company**
**andEaton Corporation as successor in**
**interest to Cutler-Hammer, Inc.,**
Edward MacCabe, Esq.
Andrew Kolb, Esq.
Diedre Dunn, Esq.
MACCABE & MCGUIRE
77 West Wacker Drive - Suite 3333
Chicago, Illinois 60601-1634
312-357-2600 PH.
312-357-0317 Fax
MacMcLaw77@aol.com

**Attorneys for Luse-StevensonCompany**
Robert Spitkovsky, Esq.
Jeremy S. Brenman, Esq.
JOHNSON & BELL
55 East Monroe Street - Suite 4100
Chicago, Illinois 60603
312-372-0770 PH.
312-372-9818 Fax

**Attorneys for Techint Technologies**
Bruce Clark, Esq.
BRUCE P. CLARK & ASSOCIATES
Harrison Ridge Square
419 Ridge Road
Munster, Indiana 46321-1581
219-836-9888 PH.
219-836-9889 Fax

***Attorneys for Crown Cork Seal and Beazer***
***East, Koppers***
Gus Sacopulos, Esq.
SACOPULOS, JOHNSON & SACOPULOS
676 Ohio Street
Terre Haute, Indiana 47807
812-238-2565 PH.
812-238-1945 Fax
office@sacopulos.com

James W. Brauer
STEWART & IRWIN
251 East Ohio Street - Suite 1100
Indianapolis, Indiana 46204-2118

Frank A. Barnhart
BARNHART STURGEON & SPENCER
313 North Lincoln Street
P.O. Box 1234
Bloomington, Indiana 47402-1234

Danford R. Due
DUE DOYLE PUGH EWING &
METZGER, LLP
55 Monument Circle - Suite 900
Indianapolis, Indiana 46204-5900

R.S. Long, Esq.
HENDRICKSON & LONG
300 Gates Building
P.O. Box 11070
108-1/2 North Capitol Street
Charleston, WV 25339

**Attorneys/Addresses Unknown**
CRS, Ltd.
Empier Ace Corp.
NOSROC Corp.