IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: ) | |
| ) | |
| ASBESTOS LITIGATION ) | |
| PRODUCTS LIABILITY ) | Civil Action No. MDL 875 |
| ) | No. _____ |
| ) | |
| ) | |
| This Document Relates to: ) | |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SITTING IN HAMMOND INDIANA

| | |
|---|---|
| Raymond Thompson v. Techint, et al | 2:00 CV 735 JM |
| Robert Thurston v. Techint, et al | 2:00 CV 736 JM |
| Jimmie Tibbs v. Techint, et al | 2:00 CV 737 JM |
| Stephen Tomko v. Techint, et al | 2:00 CV 738 RL |
| Adam Veha v. Techint, et al | 2:00 CV 743 JM |
| Lynn Williams v. Techint, et al | 2:00 CV 740 RL |
| Lawrence Wolendowski v. Techint, et | 2:00 CV 741 JM |
| Louie Woods v. Techint, et al | 2:00 CV 742 RL |
| Jesse Shelly v. Techint, et al | 2:00 CV 725 JM |
| John Skvarek v. Techint, et al | 2:00 CV 726 JM |
| Homer Smith v. Techint, et al | 2:00 CV 727 JM |
| Robert Snyder v. Techint, et al | 2:00 CV 728 RL |
| Robert Spencer v. Techint, et al | 2:00 CV 729 JM |
| Sherman Stamper v. Techint, et al | 2:00 CV 730 RL |
| Anthony Stugis v. Techint, et al | 2:00 CV 731 JM |
| Robert Sufak v. Techint, et al | 2:00 CV 732 JM |
| Robert Szpak v. Techint, et al | 2:00 CV 734 RL |
| Fred Richardson v. Techint, et al | 2:00 CV 715 JM |
| Jose Rios v. Techint, et al | 2:00 CV 716 RL |
| Salvador Rodriguez v. Techint, et al | 2:00 CV 717 RL |
| Theodore Rorer v. Techint, et al | 2:00 CV 718 JM |
| Guadalupe Saldivah v. Techint, et al | 2:00 CV 719 JM |
| Cordell Schmidt v. Techint, et al | 2:00 CV 720 JM |
| Luther Selby v. Techint, et al | 2:00 CV 722 JM |
| Vidal Sendejas v. Techint, et al | 2:00 CV 723 RL |
| Joe Sepulveda v. Techint, et al | 2:00 CV 724 RL |
| Darwin Norrick v. Techint, et al | 2:00 CV 706 RL |
| Gilberto Novales v. Techint, et al | 2:00 CV 707 JM |
| James Patitsas v. Techint, et al | 2:00 CV 709 JM |
| Melka Pavicevich v. Techint, et al | 2:00 CV 710 RL |
| Federico Pintor v. Techint, et al | 2:00 CV 711 JM |

| | |
|---|---|
| Raymond Pozywio v. Techint, et al | 2:00 CV 712 RL |
| Robert Ramirez v. Techint, et al | 2:00 CV 714 RL |
| Charlie Randolph v. Techint, et al | 2:00 CV 713 JM |
| Jesus Martinez v. Techint, et al | 2:00 CV 699 RL |
| L.D. Massey v. Techint, et al | 2:00 CV 700 JM |
| Paul McKamey v. Techint, et al | 2:00 CV 701 RL |
| James McKinley v. Techint, et al | 2:00 CV 702 RL |
| Alphonso P. Medina v. Techint, et al | 2:00 CV 90  JM |
| John Mescall v. Techint, et al | 2:00 CV 703 RL |
| Ronald McKash v. Techint, et al | 2:00 CV 705 RL |
| Edward Murphy v. Techint, et al | 2:00 CV 704 JM |
| Leonard Keilman v. Techint, et al | 2:00 CV 690 RL |
| Joe Kennedy v. Techint, et al | 2:00 CV 691 RL |
| Stasys Kirsunas v. Techint, et al | 2:00 CV 692 JM |
| Daniel Lopez v. Techint, et al | 2:00 CV 693 RL |
| Jovan Manojlovic v. Techint, et al | 2:00 CV 695 RL |
| Araldo Manzov v. Techint, et al | 2:00 CV 696 JM |
| Roger Marsh v. Techint, et al | 2:00 CV 697 RL |
| Emilio Martinez v. Techint, et al | 2:00 CV 698 JM |
| Grady Contles v. Techint, et al | 2:00 CV 678 RL |
| Robert Hamer v. Techint, et al | 2:00 CV 680 JM |
| Jimmie Hendrick v. Techint, et al | 2:00 CV 682 JM |
| Lloyd Hedrick v. Techint, et al | 2:00 CV 683 RL |
| Julian Hernandez v. Techint, et al | 2:00 CV 684 JM |
| Wayne Hobbie v. Techint, et al | 2:00 CV 685 JM |
| William Ivey v. Techint, et al | 2:00 CV 686 RL |
| Andrew Jackson v. Techint, et al | 2:00 CV 687 JM |
| James Jones v. Techint, et al | 2:00 CV 688 RL |
| William Collier v. Techint, et al | 2:00 CV 667 RL |
| Carter Comer v. Techint, et al | 2:00 CV 668 JM |
| Henry Comer v. Techint, et al | 2:00 CV 669 JM |
| Thomas Crnarich v. Techint, et al | 2:00 CV 670 JM |
| Willie Cusic v. Techint, et al | 2:00 CV 671 RL |
| Frederick Davidson v. Techint, et al | 2:00 CV 672 JM |
| Del DePaula v. Techint, et al | 2:00 CV 673 RL |
| Roy Dixon v. Techint, et al | 2:00 CV 674 JM |
| Leonard Elbaor v. Techint, et al | 2:00 CV 676 JM |
| Eugene Bunchek v. Techint, et al | 2:00 CV 653 RL |
| James Cain v. Techint, et al | 2:00 CV 659 RL |
| Jose Cantu v. Techint, et al | 2:00 CV 660 JM |
| Macedonio Casas v. Techint, et al | 2:00 CV 661 RL |
| Eliseo Castaneda v. Techint, et al | 2:00 CV 662 JM |
| Donald Cheney v. Techint, et al | 2:00 CV 663 RL |
| Johnie Christopher v. Techint, et al | 2:00 CV 664 JM |
| Jay Cline v. Techint, et al | 2:00 CV 665 RL |
| Frazie Cobb v. Techint, et al | 2:00 CV 666 JM |
| Charles Belleville v. Techint, et al | 2:00 CV 649 RL |
| Charles Bergner v. Techint, et al | 2:00 CV 650 RL |
| Roland Blackmon v. Techint, et al | 2:00 CV 651 JM |
| Frank Bonfiglio v. Techint, et al | 2:00 CV 652 JM |
| Paul Boverkerk v. Techint, et al | 2:00 CV 654 RL |

| | |
|---|---|
| Brian Boyce v. Techint, et al | 2:00 CV 655 JM |
| Cahneal Brown v. Techint, et al | 2:00 CV 656 JM |
| Eddie Brown v. Techint, et al | 2:00 CV 657 RL |
| Raymond Brown v. Techint, et al | 2:00 CV 658 JM |
| James Allen v. Techint, et al | 2:00 CV 639 RL |
| Eugeno Alvarez v. Techint, et al | 2:00 CV 641 RL |
| Vernon Armstrong v. Techint, et al | 2:00 CV 642 RL |
| Joel Azpetia v. Techint, et al | 2:00 CV 643 JM |
| Paul Bailie v. Techint, et al | 2:00 CV 644 |
| Daniel Bandwick v. Techint, et al | 2:00 CV 645 RL |
| Monroe Barnes v. Techint, et al | 2:00 CV 646 JM |
| Benjamin Bayless v. Techint, et al | 2:00 CV 647 RL |
| Marion Schemik v. Techint, et al | 2:00 CV 648 JM |
| James Campbell v. Techint, et al | 2:00 CV 772 RL |
| John Clendenen v. Techint, et al | 2:00 CV 773 JM |
| James Edmond v. Techint, et al | 2:00 CV 775 JM |
| Bernard Greenwell v. Techint, et al | 2:00 CV 785 JM |
| Alfred Hernandez v. Techint, et al | 2:00 CV 776 JM |
| Forest Hollan v. Techint, et al | 2:00 CV 774 RL |
| Alfred Luna v. Techint, et al | 2:00 CV 786 JM |
| Paul Myres v. Techint, et al | 2:00 CV 771 JM |
| John Weeks v. Techint, et al | 2:00 CV 778 JM |
| Jerry L. Smith v. Techint, et al | 2:01 CV 71  RL |
| Theodore P. Zukoski v. Techint, et al | 2:01 CV 74  JM |
| Eddie Duckery v. Techint, et al | 2:01 CV 71  JM |
| Dale L. Burmeister v. Techint, et al | 2:01 CV 101 RL |
| Robert L. Coslet v. Techint, et al | 2:01 CV 76  RL |
| Alfredo Ramirez v. Techint, et al | 2:01 CV 70  JM |
| Robert W. Cashman v. Techint, et al | 2:01 CV 98  RL |
| Jack L. Cain v. Techint, et al | 2:01 CV 89  RL |
| Robert P. Brooker v. Techint, et al | 2:01 CV 100 JM |
| Curtis O. Bow v. Techint, et al | 2:01 CV 050 JM |
| Ace W. Robertson v. Techint, et al | 2:01 CV 73  JM |
| Robert E. Robenson v. Techint, et al | 2:01 CV 95  JM |
| Amando G. Trevino v. Techint, et al | 2:01 CV 85  RL |
| Arthur R. Ruesken v. Techint, et al | 2:01 CV 049 JM |
| William J. Smith v. Techint, et al | 2:01 CV 042 JM |
| Daniel V. Polewski v. Techint, et al | 2:01 CV 041 RL |
| Roman Sanchez v. Techint, et al | 2:01 CV 075 RL |
| Matthew J. Welter v. Techint, et al | 2:01 CV 064 RL |
| Ronald W. Bartelmann v. Techint, et | 2:01 CV 609 |
| Roy E. Divan v. Techint, et al | 2:01 CV 046 RL |
| John L. Field v. Techint, et al | 2:01 CV 078 RL |
| Joe H. Gambill v. Techint, et al | 2:01 CV 088 JM |
| Oscar J. Flores v. Techint, et al | 2:01 CV 099 RL |
| Clifford D. Blackwell v. Techint, et | 2:01 CV 092 JM |
| Michael S. Brisevac v. Techint, et | 2:01 CV 094 RL |
| Harry Bell v. Techint, et al | 2:01 CV 087 RL |
| Larry M. Berdine v. Techint, et al | 2:01 CV 044 RL |
| Richard L. Plew v. Techint, et al | 2:01 CV 051 RL |
| Joseph A. Ochs v. Techint, et al | 2:01 CV 038 JM |

| | |
|---|---|
| May M. Moser v. Techint, et al | 2:01 CV 039 JM |
| Thomas R. Mills v. Techint, et al | 2:01 CV 083 JM |
| Billy H. Faughn v. Techint, et al | 2:01 CV 080 RL |
| Larry A. Heinz v. Techint, et al | 2:01 CV 047 JM |
| Richard L. Hiatt v. Techint, et al | 2:01 CV 103 RL |
| Ray C. Kermit v. Techint, et al | 2:01 CV 082 RL |
| Vern R. Kloss v. Techint, et al | 2:01 CV 048 RL |
| Jose Lazano v. Techint, et al | 2:01 CV 072 JM |
| Pat J. Maloney v. Techint, et al | 2:01 CV 079 JM |
| Edwin L. Mccray v. Techint, et al | 2:01 CV 043 JM |
| John A. Mihalik v. Techint, et al | 2:01 CV 086 RL |
| Andrew Paramantgis v. Techint, et al | 2:01 CV 102 JM |
| Roderick Atkins v. Techint, et al | 2:01 CV 084 JM |
| Norman Davis v. Techint, et al | 2:01 CV 065 RL |
| Stanley E. Fisher v. Techint, et al | 2:01 CV 040 JM |
| Joseph T. Baker v. Techint, et al | 2:00 CV 784 RL |
| James Barrett v. Techint, et al | 2:00 CV 790 JM |
| Alphonso Berry v. Techint, et al | 2:00 CV 787 RL |
| Gene R. Brownewell v. Techint, et al | 2:00 CV 782 RL |
| Aaron J. Carter v. Techint, et al | 2:00 CV 780 JM |
| Herbert J. Govert v. Techint, et al | 2:00 CV 791 RL |
| John H. Green v. Techint, et al | 2:00 CV 781 RL |
| Marshall Johnson v. Techint, et al | 2:00 CV 779 RL |
| Jerome Martin v. Techint, et al | 2:00 CV 783 JM |
| Juan R. Ortiz v. Techint, et al | 2:00 CV 788 RL |
| Martin L. Valdez v. Techint, et al | 2:00 CV 789 JM |
| Milutin Veljanoski v. Techint, et al | 2:01 CV 247 RL |
| Raymond C. Dix v. Techint, et al | 2:01 CV 200 JM |
| Leroy Heath v. Techint, et al | 2:01 CV 201 RL |
| Eugene Robinson v. Techint, et al | 2:01 CV 198 JM |
| Mike Elias v. Techint, et al | 2:01 CV 219 RL |
| Greg D. George v. Techint, et al | 2:01 CV 235 RL |
| Patrick J. Wolfe v. Techint, et al | 2:01 CV 224 JM |
| Nathaniel Nichols v. Techint, et al | 2:01 CV 191 RL |
| Gerald A. Sumner v. Techint, et al | 2:01 CV 241 RL |
| Woodie Lockett v. Techint, et al | 2:01 CV 218 JM |
| Rudolph Sanchez v. Techint, et al | 2:01 CV 197 RL |
| Douglas P. Waldron v. Techint, et al | 2:01 CV 246 JM |
| Walter Olenik v. Techint, et al | 2:01 CV 205 RL |
| Charles A. Van De Velde v. Techint, el al | 2:01 CV 225 RL |
| Walter A. Wallace v. Techint, et al | 2:01 CV 203 RL |
| Donald L. Strohl v. Techint, et al | 2:01 CV 240 JM |
| Olerio Gonzales v. Techint, et al | 2:01 CV 208 JM |
| James Demetris v. Techint, et al | 2:01 CV 193 RL |
| John L. Horbach v. Techint, et al | 2:01 CV 245 Rl |
| Joseph M. Fornal v. Techint, et al | 2:01 CV 220 JM |
| Walter Kruszynoski v. Techint, et al | 2:01 CV 217 RL |
| John L. Humphrey v. Techint, et al | 2:01 CV 230 JM |
| Edward M. Ostrowski v. Techint, et | 2:01 CV 204 JM |
| Guadalupe G. Garcia v. Techint, et | 2:01 CV 232 JM |
| Robert H. Hamlin v. Techint, et al | 2:01 CV 279 JM |

| | |
|---|---|
| Richard T. Tredway v. Techint, et al | 2:01 CV 228 JM |
| James E. Hamilton v. Techint, et al | 2:01 CV 202 JM |
| Walter J. Banasiak v. Techint, et al | 2:01 CV 188 JM |
| Allen D. Holland v. Techint, et al | 2:01 CV 231 RL |
| Jesus Garza v. Techint, et al | 2:01 CV 283 JM |
| Larry G. Schlagel v. Techint, et al | 2:01 CV 282 RL |
| Frank J. Alexson v. Techint, et al | 2:01 CV 190 JM |
| Rudolph J. Vido v. Techint, et al | 2:01 CV 223 RL |
| Louis T. Acevez v. Techint, et al | 2:01 CV 233 RL |
| George E. Jansky v. Techint, et al | 2:01 CV 280 RL |
| Crescencio Alanis v. Techint, et al | 2:01 CV 248 JM |
| John Nelson v. Techint, et al | 2:01 CV 192 JM |
| Bruce T. Williams v. Techint, et al | 2:01 CV 214 JM |
| Johnnie Q. Davis v. Techint, et al | 2:01 CV 239 RL |
| Charles Krik v. Techint, et al | 2:01 CV 242 JM |
| William J. Dixon v. Techint, et al | 2:01 CV 222 JM |
| Raymond E. Garmany v. Techint, et al | 2:01 CV 186 JM |
| Alonzo A. Solis v. Techint, et al | 2:01 CV 243 RL |
| Michael Stoynoff v. Techint, et al | 2:01 CV 229 RL |
| Clarence E. Mayes v. Techint, et al | 2:01 CV 216 JM |
| Porfirio T. Longoria v. Techint, et | 2:01 CV 275 JM |
| Albert Everett v. Techint, et al | 2:01 CV 189 RL |
| Alfred Dixon v. Techint, et al | 2:01 CV 195 RL |
| John Potat v. Techint, et al | 2:01 CV 212 JM |
| Robert E. Berber v. Techint, et al | 2:01 CV 234 JM |
| Albertine Lewis v. Techint, et al | 2:01 CV 237 RL |
| Durral Hale v. Techint, et al | 2:01 CV 236 JM |
| Lilian Mcgrew v. Techint, et al | 2:01 CV 206 JM |
| Paul R. Bow v. Techint, et al | 2:01 CV 196 JM |
| George L. Slifer v. Techint, et al | 2:01 CV 213 RL |
| Arthur Lardydell v. Techint, et al | 2:01 CV 209 RL |
| Oscar Collins v. Techint, et al | 2:01 CV 187 RL |
| Antonio G. Gonzalez v. Techint, et | 2:01 CV 207 RL |
| David C. Clark v. Techint, et al | 2:01 CV 215 RL |
| Larry E. Wright v. Techint, et al | 2:01 CV 221 RL |
| Arthur F. Mendoza v. Techint, et al | 2:01 CV 244 JM |
| John W. Bretall v. Techint, et al | 2:01 CV 194 JM |

**APPEARANCE**

To the Clerk of this court and all parties of record:

I, the below-signed, state that I have read the Standards for Professional Conduct within the Seventh Federal Circuit pursuant to N.D. Ind.L.R. 83.5(g) and appendix B-65-B-70 of this Court and will faithfully adhere to them.  I declare under penalty of perjury that the foregoing is true and correct.

Please enter my appearance as counsel in this case for Techint Technologies, Inc.

| | |
|---|---|
| 4.22.04 | /s/ Robert J. Boughter |
| Date | Robert J. Boughter, #23512-53 |

BRUCE P. CLARK & ASSOCIATES
Harrison Ridge Square
419 Ridge Road
Munster, IN 46321
219-836-9888
RJB/cat
p12059.app(RJB)

### CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of April, 2004, a true and accurate copy of the foregoing Appearance was served upon:

Michael Cascino
CASCINO VAUGHAN LAW OFFICES
403 West North Avenue
Chicago, Illinois 60610

by depositing the same in the United States Mail with sufficient first-class postage affixed.

/s/ Robert J. Boughter